**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| TRANSPORTATION INSURANCE COMPANY and TRANSCONTINENTAL TECHNICAL SERVICES, INC. n/k/a RSKCo CLAIMS SERVICES, INC., | ) | No. 01-CV-343 JRT/FLN |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION FOR ENLARGEMENT OF TIME TO REPLY, MOVE OR RESPOND AND ORDER** |
| NORTH CENTRAL FOOD SYSTEMS, INC. | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, Transportation Insurance Company, Transcontinental Technical Services, Inc. n/k/a RSKCo Claims Services, Inc., and North Central Food Systems, Inc. that Plaintiffs/Counter-Defendants Transportation Insurance Company and Transcontinental Technical Services, Inc. n/k/a RSKCo Claims Services, Inc., shall have an extension of one week, or until April 24, 2001 to reply, move or otherwise respond to Defendant/Counter-Plaintiff's Counterclaim in this action. This is the first such extension agreed to between the parties in connection with a reply or other response to the Counterclaim.

Word 2280282.1

FILED APR 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: April 16, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: [signature]
Bethany D. Krueger (#0306368)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, 55402-2015
612-349-8500

and

R. John Street*
Brian W. Bilcer*
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606-1229
312-201-2000

*Admitted *Pro Hac Vice*

ATTORNEYS FOR
PLAINTIFFS/COUNTER-DEFENDANTS

DATED: April 15, 2001.

FREDRIKSON & BYRON, P.A.

By [signature]
Michael A. Stern (#105326)
Crystal M. Ovsak (#30492X)

1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
612-347-7024

ATTORNEYS FOR
DEFENDANT/COUNTER-PLAINTIFF

**ORDER**

The Court, having considered the Stipulation of the parties, now orders that Plaintiffs/Counter-Defendants shall have until April 24, 2001 to reply or otherwise respond to the Counterclaim.

Dated: April 20, 2001.

[signature]
~~Honorable Judge John R. Tunheim~~ Chief Magistrate Judge
United States District Court Judge
District of Minnesota