**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TRANSPORT INSURANCE COMPANY, et al.,

Plaintiffs,

v.

NORTH CENTRAL FOOD SYSTEMS, INC.,

Defendant.

Civil 01-343 (JRT/FLN)

**ORDER OF REFERENCE**

---

Bethany D. Krueger, ROBINS KAPLAN MILLER & CIRESI, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiffs.

Michael A. Stern and Crystal M. Ovsak, FREDRIKSON & BYRON, 900 South Second Avenue South, Suite 1100, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that plaintiffs' motion to dismiss defendant's counterclaim and to strike defendant's affirmative defenses [Docket No. 14] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiff is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: May 22, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED MAY 2 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK