UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transportation Insurance Company
and Transcontinental Technical Services,

Plaintiffs,

vs.

North Central Food Systems, Inc.,

Defendant.

Civil 01-343 JRT/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 19, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that plaintiffs' motion to dismiss defendant's counterclaim and to strike defendant's affirmative defenses [#14] is DENIED.

DATED: Oct 10, 2001.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK