ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

TRANSPORTATION INSURANCE COMPANY and TRANSCONTINENTAL TECHNICAL SERVICES, INC. n/k/a RSKCo CLAIMS SERVICES, INC.,

Plaintiffs,

v.

NORTH CENTRAL FOOD SYSTEMS, INC.,

Defendant.

**No. 01-CV-343 JRT/FLN**

**SECOND STIPULATED MOTION TO AMEND PRETRIAL SCHEDULING ORDER**

Plaintiffs Transportation Insurance Company and Transcontinental Technical Services, Inc. n/k/a RSKCo Claims Services, Inc., and defendant North Central Food Systems, Inc., by their counsel, hereby jointly move to amend the Pretrial Schedule entered in this matter. In support of this motion, the parties state as follows:

1. By this motion, the parties jointly move to amend the scheduling order as it pertains to disclosure of expert testimony. The parties have scheduled a mediation for April 17, 2002, before Lew Remele, Esq., to assist in the resolution of their differences. This mediation falls within the expert discovery schedule set by the current Pretrial Schedule. The parties agree that they should not incur the costs associated with further expert discovery before attempting to resolve their differences through the scheduled mediation.

2. For the above reasons, the parties agree that paragraphs 2.b and 2.c of the Pretrial Schedule should be amended to read as follows:

FILED APR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

"b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before May 1, 2002.

2) By defendant on or before June 1, 2002.

3) Rebuttal expert reports on or before July 15, 2002.

c. Each party may depose no more than 3 expert witnesses on or before August 15, 2002."

In all other respects, the Pretrial Order shall remain in force.

3. This motion is made without prejudice to the parties' rights to conduct further additional discovery or to seek to compel further compliance with outstanding discovery requests in accordance with the Pretrial Schedule.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Dated: 3/29, 2002 By: ______________________
Bethany D. Krueger (#0306368)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

and

R. John Street*
Brian W. Bilcer*
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive - Suite 3000
Chicago, Illinois 60606-1229
312-201-2000
**Counsel for plaintiffs Transportation Insurance Company and Transcontinental Technical Services, Inc. n/k/a RSKCo Claims Services, Inc.**

FREDRIKSON & BYRON, P.A.

Dated: 3-29, 2002 By: [signature]
David P. Bunde (#138344)

1100 International Centre
900 – 2nd Avenue South
Minneapolis, MN 55402-3397
**Counsel for defendant North Central Food Systems, Inc.**

**ORDER**

The Court's Amended Pretrial Schedule dated January 29, 2001 is amended as set forth above in the parties' Stipulation.

Dated: April 4, 2002

BY THE COURT:

[signature]
Franklin L. Noel
Chief Magistrate Judge, United States District Court