# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TRANSPORTATION INSURANCE COMPANY and TRANSCONTINENTAL TECHNICAL SERVICES, INC. n/k/a RSKCo CLAIMS SERVICES, INC., Plaintiffs, v. NORTH CENTRAL FOOD SYSTEMS, INC., Defendant. | NO. 01-CV-343 JRT/FLN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned attorneys, hereby stipulate that this case, including all claims and counterclaims, shall be dismissed with prejudice and without costs to any party.

Dated: June 27, 2002

Bethany D. Krueger (#0306368)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

and

R. John Street*
Brian W. Bilcer*
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive
Suite 300
Chicago, IL
(312) 201-2000

Admitted *Pro Hac Vice*

Attorneys for Plaintiffs

FILED JUL 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 11 2002
DEPUTY CLERK ________

Dated: ~~June~~ July 1, 2002

David P. Bunde (#138344)
Michael A. Stern (#105326)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7048
(612) 347-7077 Facsimile

Attorneys for Defendant

**ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that this case, including all claims and counterclaims, is dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 7/11/2002

JOHN R. TUNHEIM
United States District Judge

2668820